**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-02456-RM-KLM

OREO VENTURES, INC., a Colorado corporation f/k/a Ingalls Engineering Company, Incorporated, a Colorado corporation,

      Plaintiff,

v.

RB DISTRIBUTION, INC., a Pennsylvania corporation,

      Defendant.

---

## ORDER

---

Before the Court is the Recommendation of United States Magistrate Judge Kristen L. Mix (ECF No. 36) to deny Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 28). Neither party has objected to the Recommendation, and the time to do so has expired.

The magistrate judge determined that amending the Complaint to add a claim for breach of contract would be futile because such a claim would be barred by the arbitration clause in the parties' agreement. Defendant raised this argument in its Response to Plaintiff's Motion, and Plaintiff did not file a Reply.

The Court discerns no error with respect to the magistrate judge's analysis, and the Recommendation is hereby incorporated in its entirety into this Order. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); *see also Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991) ("In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate.").

Therefore, the Court ACCEPTS the Recommendation (ECF No. 36) and DENIES the

Motion to Amend (ECF No. 28).

DATED this 26th day of July, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge